Mr. Michael Paul, Contreras
T.D.C.J. ID-NO. #2401880
housed on 12-Bldg AD/SEG F-POD-Coll No. 36
T.D.C.J. ID-JAMES V. AllRED-LIMIT
2101 FM 369 NORTH
Iowa Park, Texas 76367

7-23CV-135-0        C.C.
on this 11th day of December 2023

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

DEC 2 2023

CLERK, U.S. DISTRICT COURT
By_____

UNITED STATES DISTRICT COURTS FOR THE NORTHEN DISTRICT
OF TEXAS
ATTN: TO: THe HONORABLE U.S. DISTRICT COURT CLERK &
TO: THE HONORABLE U.S. MAGISTRATE JUDGE
1000      LAMAIC    St,     2nd      FLOOR
WICHITA FAIIS, TEXAS 76801.

Dear Judge and Clerk I, Mr. Michael Paul, Contreras - T.D.C.J.
ID-NUMBER #2401880. am requesting to file a §42 U.S.C.
@1983 CIVIL RIGHTS LAW SUITE AGAINST T.D.C.J. ID JAMES V.-
AllRED-LIMIT Counsel SUBSTITUTE MISS/MRS, PAIGE L. CARTER
In her individual Copacity and Mr. Cody S. Miller Disciplinary Hearing
Captin or Officer in his individual Copacity and Asst Worden The
Offender Grievance Investigater Mr. Bryan D. Reitsma also in
His individual Capacity. I am requesting of the Courts to
order the State of Texas T.D.C.J. ID EMPLOYEE(S) TO PAY ME The
Plaintiff Mr. Michael Paul, Contreras T.D.C.J. ID, No# 2401880., In the
Amount of $30,000.ºº Per T.D.C.J ID JAMES V. Allred-Unit Employee
for Knowingly With Criminal Intent Violating, The T.D.C.J.I.D-State
Public Record GR-106 Disciplinary Rules and Procedures for Offender
Hand Book of Rules & Procedures. Page (17). (D) Recorder STATES! All-
Major Disciplinary Hearings Shall be recorded to perserve a Verbatim
record of the Proceedings. (NOTE) The recording Shall not be turned off
at any time during the taking of evidence regardless of the DHO's
Opinion concerning the relevence of the testimony. The DHO-
Disciplinary Hearing Officer Captin Cody S. Miller did begain by
Attempting to Bribe me by Stating look Contreras you plea
Guilty I'll make this easier on You if you don't plea Guilty and
You make me go through all this B/s I'm going to Maximise
The Punish ment 45 Rec 6 Month Tablet Restriction 6 months
Phone Restriction 6 months T.V. Restriction. 6 months Shower
Restriction 6 months visitation Restriction I told him no
I'm not pleaing Guilty to a frivolis Case I then Said I would   c.c.

like a copy of The I.D.E.U. Disciplinary Hearing Record Punishment

write the warden. I did I wrote Sworn Affidavit Requests to
Paige L. Carter Counsel Substitute, Cody S. Miller Capt DHO, and
Bryan D. Reitsma Asst. Warden they all denied me a
STATE PUBLIC Record violating the STATE Public Record Act.
I told him cody S. miller DHO That I'm still going to
file an Appell. and if I have to I will have the
Fedral Courts Redress this Matter. (Note) Copy of
STEP 1 Grievance reasons I did not plea Guilty
to Disciplinary Infraction Case # 20240039315, The
Responce back by Investigater ID#I-2888

Asst. Warden BryanD.Reitsma          NOV 16, 2023
     Your alligations were considered however the
Investigation of Disciplinary Report # 20240039315 Shows
that sufficent evidence was presented at the hearing
to Justify the finding of Guilt. and the penalties imposed
by the DHOfficer (DHO) no significant Procedural
or technical errors were noted. This is for your
Information. no further Action is warented.

          I filed a Step 2 Gr. which Should have
          already been Responded to and Dismiss case
          with Prejudice and give me level one sy
          Back, and All my level one Property, and
          Stricken the Disciplinary from my Record
                    with prejudice.

I have no $0 I need an Informa Praureaus &
I request for A Public Defender to be Assign to
this case. NOTE I have Included Step I have
not yet recieved Step 2 Yet. I Request A copy of each
                    Form I've sent to you

Please Send Copies to Defendants Paige L. Carter, & Bryan D. Reitsma,
with a Certified Stamp of Receipt.

Note as of Today The Step 2 Grievance is being illegally withheld by The T.D.C.J. I.D Grievance Staff here at The Unit I was told that I can Request that the Civil Suit be persued due to the G.R. Staffs Criminal conduct on with holding The original Step 1 & Step 2 G.R. and by doing so are interfering with and violating my 1st Amendment of the U.S. Constitution and my 14th Amendment of the U.S. Constitution This is how they been doing it They Respond to the Factual Step 1 & Step 2 at Step 2 The give a Response Then hold on to The Step 2 Trill Time Expires To or The Statute of Limitations Expires to file the law Suit   My Uncless Mr. Jose Contreras who was a Asst. U.S. Attorney General and Special Agent over Major Crimes for the Western District of Texas retired and is now a U.S. Magistrate Judge in San Antonio, TX   and my uncle Mr. Jason T. Contreras an Asst State Attorney General and is over The Litigation Division in Austin TX And my uncle Mr. Daniel Cano who has his own law firm in not only Nueces County in Corpus Christi but also one of the Hugest law firms in Texas in Padre Island. Said To go ahead and file Then when recieve the Step 1 & Step 2 Sind them both in. Right now Just Send Them The Copy of the Step 1 with the hand written Copy of the Wardens Responce and evidence of them Denying you (A STATE Public Record) They violating The STATE Public Record ACT (PRA). This is what I've done.

   Law Library has knowingly Recklessly denyed me § 1983 forms to fill out Please Send me a in forma Propreous form to fill out,
and Please also and my uncles told me you have to Assigne me A Court Appointed Attorney or lawyer To represent me, in the civil case
   see also please assigne me A Attorney or lawyer;


   Thnk you God Bless.

                                   Michael Paul
   Respectfully Mr. Contreras #2401880

# Texas Department of Criminal Justice

Note this is a Hand Written copy of original

## STEP 1 OFFENDER GRIEVANCE FORM

Appealing Disciplinary Case # 2024 0039315

**OFFICE USE ONLY**

Grievance #: 2024033572

Date Received: NOV 13 2023

Date Due: DEC 13 2023

Grievance Code: 400

Investigator ID #: I-2888

Extension Date: _____

Date Ret'd to Offender: NOV 16 2023

Offender Name: Contreras Michael Paul   TDCJ # 2401880

Unit: James v. Allred   Housing Assignment: 12-Bldg-Ad-Seg F-36

Unit where incident occurred: James V. Allred

Request Disciplinary Hearing Recording be intered as Evidence on my BEHALF Dated NOV 7, 2023

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. Paige L. Carter COUNSEL SUBSTITUTE / Cody. S. MILLER
Who did you talk to (name, title)? Disciplinary Hearing officer Captin   When? NOVEMBER 7, 2023

What was their response? If you plea Guilty I'll make it easy on You If you Make Me investigate I'm going to MAXIMIZE your punishment Capt. Cody S. Miller did commit an Act defined as a felony offense by the laws of the

What action was taken? STATE OF TEXAS and The United States Felony Offense EXTORTION

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

I, Contreras Michael Paul, T.D.C.J. I.D-No. 2401880, am filing this step 1 Grievance Complaint against T.D.C.J. I.D. JAMES V. ALLRED-UNIT Disciplinary Captin Mr. Cody S. Miller for Knowing Intentionally Committing an Act defined as a felony offense by the laws of the STATE OF TEXAS and THE UNITED STATES. The felony offense committed by Mr. Cody S. Miller Capt and Disciplinary Hearing Officer for Major Disciplinary Infractions by Inmates Within The T.D.C.J. I.D. Extortion. Note the definition of Extortion or Extort The Act or Practice of Extorting. and To Obtain from a person by Violence, (Threat) (Oppression) and or (Abuse of Authority). at the Disciplinary hearing on November 7th, 2023. Captin Cody S. Miller Turned on the Disciplinary Hearing Recorder then begain to Read the Report Case #(2024 0039315) then Stopped it close to then for a few minutes pointed it out to the Counsel Substitute Paige L. Cater then resumed (but he did not read it as Typed on The report) The T.D.C.J. DISCIPLINARY REPORT AND HEARING RECORD CASE NO# 20240039315. CLEARLY Typed by Charging Officer Mr. FOKLIN IF KNKL IN cougles on the date and Time listed above, and at JA 12-B-F-Section, 2-ROW, cell B1, Inmate Contreras Michael Paul, T.D.C.J-ID No. (02401880), On the date and time listed above, and at B-B1 cell Door, Inmate (Contreras, Michael), T.D.C.J. (  No. 2401880) did tamper With the Cell door lock By Putting His (ARE) IN THE SLOT) Capt Cody S. Miller imido Saw The (four) Errors in The T.D.C.J. ID. Disciplinary Report And hearing Record then begain to Extort me by making Verbale Threats that if I don't plea guilty to the Charge That he's going to maximize my punishment he Said how do you plea I Said not guilty !!. because the Disciplinary Infraction Case # 20240039315 clearly Says By Puting his (ARE) IN the Slot / Not ARM/ Note Then Captin Cody S. Miller begain To Say Come on Contreras Your gonna die here you got lots of time MY Time or wheather I go home didn't have any thing to do with the Disciplinary Hearing

I-127 Front (Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)  2.0.2.6.

and did Commit felony offensess under Tex. Pen. Code § 38.0 Obstruction of Justice Tex. Pen Code § 15.02 conspiracy To Obstruct Justice

Appendix F

he was Attempting to coerce me into pleaing guilty to that has (1)

ERRORS And knows the Case #2024003931 is a Frivolous Case. thats why he began to Extort, coerce, Intimidate me into pleaing Guilty, listen to The Recording at the Hearing when I requested for the Copy of the punishment he refused to hand me the Copy I told Captin Cody S. Miller I will be Appealing the Case then was escorted back to [2] F-36. and the Inmate Counsel Substitute Miss, Mrs, Paige L. Carter. Failure to represent me and have disciplinary infraction Stricken from my record. Knowing also of the (Three) Errors in the Report #1. My TDCJ-ID#, #2, Not my full Name as Stated report Above and on begining of his report, #3, Where States putting his (ARE) in the Slot.

**Action Requested to resolve your Complaint.** Requesting that Disciplinary Infraction Case No#2024003931 be Stricken from my record with prejudice meaning cannot be brought back up.

**Offender Signature:** _Contreras Michael Luz #2401880_  **Date:** NOVEMBER 11, 2023

**Grievance Response:**

Your allegations were considered. However, the investigation of Disciplinary Report #2024003931 shows that sufficient evidence was presented at the hearing to Justify the finding of Guilt and the penalties imposed by the Disciplinary Hearing officer (DHO). No significant procedural or technical errors were noted. This is for your information. No further action is warranted.

B. Reitsma, Asst Warden

**Signature Authority:** _Bryan Reitsma_  **Date:** Nov 16, 2023

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

**OFFICE USE ONLY**

Initial Submission _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**2nd Submission** _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**3rd Submission** _____ UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Recd from Offender: _____
Date Returned to Offender: _____

**I-127 Back** (Revised 11-2010)

Appendix F

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐  *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐  *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐  *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐  *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐  *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐  *Parole requirements and related information (Unit Parole Counselor)*

7. ☐  *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐  *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

LEGAL Notice

LEGAL MAIL

T.D.C.J. I.D.- JAMES V. Allred - Unit 12-Bldg- Ad-Seg  Counsel Substitute Paige H Carter
    Cody S miller                                And T.D.C.J. I.D- James V. Allred - Unit Disciplinary
                                                    CAPTAIN  Cody S. miller
TO: Major Brandon D Dishman, 12-Bldg-Ad-Seg Captain          DATE: NOVEMBER 13th, 2023
                (Name and title of official)

ADDRESS: _____  James V. Allred                              (9) ea
                              Unit

**SUBJECT:** *State briefly the problem on which you desire assistance.*

ATTN: TO T.D.C.J. ID. JAMES V. ALLRED 12-BLDG. AD-SEG. Major. Mr. Brandon D. Dishman and 12-Bldg. Ad-Seg. Captin, and T.D.C.J. ID- JAMES V. ALLRED-UNIT Disciplinary Hearing Captin, Cody S. Miller, or T.D.C.J. ID-JAMES V. ALLRED-UNIT Inmate Counsel Substitute Paige L. Carter. In order so that I can file a Proper Appeal I will be needing the state public record. I, M. Contreras Michael Paul T.D.C.J. ID- NO# 2401880. was informed by 12-Bldg. Ad-Seg Warden M. Christopher M. Wiedau that either one of You Ranking Officials Can Issue me my own #1 (REVISED Texas Department of Criminal Justice (OFFENDER-Orientation Handbook, up TO DATE COPY) #(2) and a Copy of the Revised up to date Disciplinary Rules; and Procedures for Offenders) hand book (GR-106). With all respect Please Send Me both #(1), and # (2) above Thank You For Your Time in this Matter.

Name: Mr. Michael Paul Contreras    No: #2401880    Unit: James V. Allred

Living Quarters: 12-Bldg- Ad-Seg- F-pod. Cell #36    Section 2 Row    Work Assignment: N/A - Ad-Seg Inmate    C.C.

DISPOSITION: (Inmate will not write in this space)

They Denyed me a STATE PUBLIC RECORD Violating The STATE PUBLIC Records Act

NO !!!

What the Heck man I can't believe This here

4-60 (Rev. 11-90)

SWORN                AFFIDAVIT        TO: T.D.C.J. ID
JAMES V. ALLRED · UNIT  COUNSEL SUBSTITUTE :
Mrs. MISS, MS.   PAIGE   L   CARTER:

STATE OF TEXAS
COUNTY OF WICHITA FALLS

My name is: Michael Paul Contreras my T.D.C.J. ID # is: #2401880.
I am of sound mind. I am over the 18 years of age and I am
Legally capeable of making this document.

ATTN: TO: T.D.C.J. ID - JAMES V. ALLRED - UNIT- INMATE
COUNSEL SUBSTITUTE: Mrs. Miss. Ms. PAIGE L. CARTER:
You Represented me on Disciplinary Infraction Number
CASE No # : 20240039315, on November 7th, 2023.
After The T.D.C.J. ID JAMES V. ALLRED - UNIT MAJOR -
Disciplinary Hearing OFFICIAL CAPTIN CODY S. MILLER
WAS finished with The Punishment faze I imidiatly
Requested of Captin Cody S. Miller to give me a copy
of the Disciplinary Infraction Case No # 20240039315.
With The Punishment he refused to give me. or
Send it to me VIA U.S. MAIL. Sence You have a
Copy I'm requesting You Send me a copy of the
Disciplinary Punishment on Case No. # 20240039315.
NOTE I am filing an  Appeal on this Case and I will
have The U.S. District Courts redress this Matter.

Matter.        Thank You for Your Time in this

No !!!    ← What
              The Heck I
              Cant Believe      Me Michael Paul Contreras
↑ Response back · This.              PLAINTIFF
              Page (1) of Page (2) Continued on back

PER

IN MATE                           DECLARATION

UNDER BOTH FEDRAL LAW <28 U.S.C §1746), and STATE LAW
<V.T.C.A CIVIL PRACTICE    &    REMEDIES CODE)
     §132.001        &        §132.003

I, Michael Paul Contreras, T.D.C.J. ID NUMBER #2401880, being
presently incarcerated in T.D.C.J. ID JAMES V. ALLRED D-12 BLDG.
Ad-Seg-Unit - F-POD CELL #361 WICHITA FALLS, COUNTY,
Iowa Park, TEXAS, 76367, declare under penalty of Perjury
That the foregoing is true and correct.

Executed on the 1th day of NOVEMBER 2023.

                                    x _____
                                      PLAINTIFFS Signature.

Page
(2).

SWORN                AFFIDAVIT       TO: T.D.C.J. ID
JAMES V. ALLRED-UNIT COUNSEL SUBSTITUTE:
Mrs. MISS, MS. PAIGE   L.   CARTER:

STATE OF TEXAS
COUNTY OF WICHITA FALLS

My name is: Michael Paul Contreras my T.D.C.J. ID # is: # 840 1880
I am of sound mind. I am over the 18 years of age and I am
Legally capeable of making this document.

ATTN: TO: T.D.C.J. ID-JAMES V. ALLRED-UNIT-INMATE-
COUNSEL SUBSTITUTE: Mrs. Miss, Ms. PAIGE L. CARTER:
You Represented me on Disciplinary Infraction Number
CASE No # 1/20240039315, on November 7th, 2023.
After The T.D.C.J. ID JAMES V. ALLRED-UNIT MAJOR.
Disciplinary Hearing OFFICIAL CAPTIN CODY S. MILLER
WAS finished with The Punishment foze I imidiotly
Requested of Captin Cody S. Miller to give me a copy
of the Disciplinary Infraction Case No # 20240039315
With The Punishment he refused to give me, or
Send it to me VIA U.S. MAIL, Sence You have a
Copy I'm requesting You Send me a copy of the
Disciplinary Punishment on Case No # 20240039315.
NOTE I am filing an Appeal on this Case and I will
have The U.S. District Courts redress this Matter.

Matter.                 Thank You for Your Time in this

                    We Michael Paul Contreras
                            PLAINTIFF
                Page (1) of Page (2) continued on back

PER

# IN MATE                    DECLARATION

UNDER BOTH FEDRAL LAW < 28 U.S.C §1746>   and STATE LAW
< V.T.C.A CIVIL PRACTICE   &   REMEDIES CODE>
§ 132.001   &   § 132.003

I, Michael Paul Contreras T.D.C.J.ID NUMBER # 2401880 being
presently incarcerated in T.D.C.J.ID JAMES V. ALLRED - 12 BLDG
Ad·Seg· Unit - F·POD· CEll # 36 IN WICHITA FALLS COUNTY,
Iowa Park , TEXAS 76367. declare under penalty of Perjury
That the foregoing is true and correct

Executed on the 7th day of NOVEMBER 2023.

x _____
PLAINTIFFS Signature

Page
(2).

Mr. Michael Paul Contreras
# 2401880
housed - 12-Bldg F· Pod· Cell #36
T.D.C.J. ID· UNIT -JAMES V. AllRED
2101 FM 369 NORTH
Iowa Park, Texas  76367

C. Copy file
on this 17th day of November 2023

ATTN: TO: The T.D.C.J, ID- UNIT- JAMES V. AllRED
Admidistraitive official: INMATE Disciplinary Captin: Cody S. Miller
T.D.C.J. ID- JAMES V. AllRED -UNIT
2101 FM 369 NORTH
Iowa Park, Texas 76367.

ATTN: TO: T.D.C.J-ID-JAMES V. AllRED-UNIT- Disciplinary Capt/Cody S. Miller

Why did You refuse to give me a copy of the Disciplinary
Report&Hearing Recod Showing all the Disciplinary Punishment You
Stated You are aiving Me for not Pleaing Guilty to The Charge
under T.D.C.J. Disciplinary Report Hearing Record # Case# 2024003931 5. T
You were to during the end of the Disciplinary Hearing write down
The Punishment then hand me the Copy. The Hearing Punishment. but
you refused To due To -
-you were you planing on illegally Tampering with a Government Record
being a T.D.C.J. Disciplinary Report and hearing Record by illegally
Altering the Report. in doing So you have Committed a First degree
Felony offense under Tex. pen. Cod § ___, _____. Tampering with a Government
Record. including by Tampering with Disciplinary Hearing Tape Recording.
also a Government Record. which would make you Committing 2 counts
of a Felony Offense Tex, pen. Code § ___. _____. Tampering with a Government
Record, and Two Counts of Tex.pen. code § 38.0 Obstruction of Justice
and Texas pen. Code § 15.12 Conspiracy To Obstruct Justice.

Note Attached Evidence STEP 1 G R é

Mr. Michael Paul. Contreras
T.D.C.J. ID - NO. # 2401880
housed on 12 - Bldg AD/SEG F-POD-Cell No.36
T.D.C.J. ID - JAMES V. ALLRED - UNIT
2101 Fm 369 NORTH
Iowa Park Texas 76367

NOTE I'll be Sending Step
in Mail if Not Resolved
and Case Dismissed or
overturned with
Presidice.

C.C.

on this 11th day of December 2023

UNITED STATES DISTRICT COURTS FOR THE NORTHEN DISTRICT
OF TEXAS
ATTN: TO: THE HONORABLE U.S. DISTRICT COURT CLERK &
TO: THE HONORABLE U.S. MAGISTRATE JUDGE
1000      LAMAR      St,      2nd      FLOOR
WICHITA FALLS, TEXAS 76801.

Dear Judge and Clerk I, Mr. Michael Paul. Contreras - T.D.C.J.
ID - NUMBER # 2401880. am requesting to file a $42 U.S.C.
§ 1983 CIVIL RIGHTS LAW SUITE AGAINST T.D.C.J. ID JAMES V. -
ALLRED - UNIT Counsel SUBSTITUTE miss/Mrs. PAIGE L. CARTER
In her individual Capacity and Mr. Cody S. Miller Disciplinary Hearing
Captin or Officer in his individual Capacity and Asst Worden The
Offender Grievance Investigator Mr. Bryan D. Reitsma also in
His Individual Capacity. I am requesting of the Courts to
order the State of Texas T.D.C.J. ID EMPLOYEE(S) TO PAY ME The
Plaintiff Mr. Michael Paul. Contreras T.D.C.J. ID. No # 2401880, In the
Amount of $50,000.00 Per T.D.C.J ID JAMES V. Allred - Unit Employee
for Knowingly With Criminal Intent Violating The T.D.C.J. ID -
Public Record GR-106 Disciplinary Rules and Procedures for Offender
Hand Book of Rules & Procedures. Page (17). (D) Recorder STATES! ALL-
Major Disciplinary Hearings Shall be recorded to perserve a Verbatim
record of the proceedings. (NOTE) The recording shall not be turned off.
- at any time during the taking of evidence regardless of the DHO's
Opinion concerning the relevence of the testimony. The DHO-
Disciplinary Hearing Officer Captin. Cody S. Miller did begain by
Attempting to Bribe me by Stating look Contreras you plea
Guilty I'll make this easyer on You if you dont plea Guilty and
You make me go through all this B/S I'm going to Maximise
The Punishment 45 Rec 6 Month Tablet Restriction 6 months
Phone Restriction 6 months T.V. Restriction, 6 months Shower
Restriction 6 months Visitation Restriction I Told him no
I'm not pleaing Guilty to a frivolis Case I then Said I would     CC

NAME Mr. Michael Paul Contreros

TDC# #2401880

2101 FM 369 N

IOWA PARK, TEXAS 76367

Sealed Confidential

**LEGAL**

UNITED STATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF TEXAS

ATTN: TO THE HONORABLE U.S. District Court Clerk

1000 Lamar St., And Floor

Witchita Falls, Texas 76801

Date Picked up Dec 14, 2023 Time Sunday 5:00 AM

DEC 27 2023

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE CORRECTIONAL
INSTITUTIONS DIVISION